# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2492

_____

Robert Calia; Carlos Sardinas;          *
Michael Tutorino; Charles Wheat;         *
Billy Williams; Early Reynolds; Ross     *
Distefano; Jonny Trotter; Walter         *
Kidwell; Randall Dunkin; Clice Hall;     *
James McGuire; Jeffrey D. Hodges;        *
Randolph Linville,                       *
                                         *
     Plaintiffs,                      *
                                         *   Appeals from the United States
Shelby Harris,                           *   District Court for the
                                         *   Western District of Missouri.
     Interested Party,                *
                                         *   [UNPUBLISHED]
Stanley Paul Smith,                      *
                                         *
     Appellant,                       *
                                         *
Dan Brown; Thomas A. Benton; Andre       *
Dial; Richard C. Beaman; Chester Paul    *
Bridges; Christopher W. Pace,            *
                                         *
     Interested Parties,              *
                                         *
Rolf A. Rosendahl; Bobby Dean Lewis;     *
Richard F. Toler; Donald Glenn           *
Cammann; Willie Wright,                  *
                                         *
     Interested Parties,              *
                                         *
Francis Kamuf; Michael Peterson;         *

James K. Kinne; Johnny D. Howard;    *
Karl G. Piper; Shawn Dinwiddie,    *
    *
          Interested Parties,    *
    *
     v.    *
    *
Dora Schriro; Mike Kemna; George    *
Lombardi; Linda Durham; Bill    *
Burgess; Bill Armontrout; Steve    *
Moore,    *
    *
          Appellees.    *

_____

No. 00-2496
_____

Robert Calia; Carlos Sardinas;    *
Michael Tutorino; Charles Wheat;    *
Billy Williams; Early Reynolds; Ross    *
Distefano; Jonny Trotter; Walter    *
Kidwell; Randall Dunkin; Clice Hall;    *
James McGuire; Jeffrey D. Hodges;    *
Randolph Linville,    *
    *
          Plaintiffs,    *
    *
Shelby Harris; Stanley Paul Smith,    *
    *
          Interested Parties,    *
    *
Dan Brown; Thomas A. Benton; Andre    *
Dial; Richard C. Beaman; Chester Paul    *
Bridges; Christopher W. Pace,    *
    *

Appellants,                    *
                               *
Rolf A. Rosendahl; Bobby Dean Lewis;    *
Richard F. Toler; Donald Glenn    *
Cammann; Willie Wright; Francis    *
Kamuf; Michael Peterson;    *
James K. Kinne; Johnny D. Howard;    *
Karl G. Piper; Shawn Dinwiddie,    *
                               *
        Interested Parties,    *
                               *
        v.                     *
                               *
Dora Schriro; Mike Kemna; George    *
Lombardi; Linda Durham; Bill    *
Burgess; Bill Armontrout; Steve    *
Moore,                         *
                               *
        Appellees.             *
_____

No. 00-2499
_____

Robert Calia; Carlos Sardinas;    *
Michael Tutorino; Charles Wheat;    *
Billy Williams; Early Reynolds; Ross    *
Distefano; Jonny Trotter; Walter    *
Kidwell; Randall Dunkin; Clice Hall;    *
James McGuire; Jeffrey D. Hodges;    *
Randolph Linville,             *
                               *
        Plaintiffs,            *
                               *
Shelby Harris; Stanley Paul Smith;    *
Dan Brown; Thomas A. Benton; Andre    *
Dial; Richard C. Beaman; Chester Paul    *

Bridges; Christopher W. Pace; Rolf A.    *
Rosendahl; Bobby Dean Lewis;    *
Richard F. Toler; Donald Glenn    *
Cammann; Willie Wright,    *
    *
       Interested Parties,    *
    *
Francis Kamuf,    *
    *
       Appellant,    *
    *
Michael Peterson; James K. Kinne;    *
Johnny D. Howard; Karl G. Piper;    *
Shawn Dinwiddie,    *
    *
       Interested Parties,    *
    *
      v.    *
    *
Dora Schriro; Mike Kemna; George    *
Lombardi; Linda Durham; Bill    *
Burgess; Bill Armontrout; Steve    *
Moore,    *
    *
       Appellees.    *

_____

No. 00-2501
_____

Robert Calia; Carlos Sardinas;    *
Michael Tutorino; Charles Wheat;    *
Billy Williams; Early Reynolds; Ross    *
Distefano; Jonny Trotter; Walter    *
Kidwell; Randall Dunkin; Clice Hall;    *
James McGuire; Jeffrey D. Hodges;    *
Randolph Linville,    *

-4-

|  |  |
|---|---|
|  | * |
| Plaintiffs, | * |
|  | * |
| Shelby Harris; Stanley Paul Smith, Dan Brown; Thomas A. Benton; Andre Dial, | * |
|  | * |
|  | * |
|  | * |
|  | * |
| Interested Parties, | * |
|  | * |
|  | * |
| Richard C. Beaman, | * |
|  | * |
| Appellant, | * |
|  | * |
| Chester Paul Bridges; Christopher W. Pace; Rolf A. Rosendahl; Bobby Dean Lewis; Richard F. Toler; Donald Glenn Cammann; Willie Wright; Francis Kamuf, | * |
|  | * |
|  | * |
|  | * |
|  | * |
|  | * |
|  | * |
| Interested Parties, | * |
|  | * |
| Michael Peterson; James K. Kinne; Johnny D. Howard; Karl G. Piper; Shawn Dinwiddie, | * |
|  | * |
|  | * |
|  | * |
| Appellants, | * |
|  | * |
| v. | * |
|  | * |
| Dora Schriro; Mike Kemna; George Lombardi; Linda Durham; Bill Burgess; Bill Armontrout; Steve Moore, | * |
|  | * |
|  | * |
|  | * |
|  | * |
| Appellees. | * |

_____

-5-

No. 00-2936

_____

Robert Calia,                                          *
                                                       *
      Appellant,                  *
                                                       *
Carlos Sardinas; Michael Tutorino,                     *
                                                       *
      Plaintiffs,                 *
                                                       *
Charles Wheat,                                         *
                                                       *
      Appellant,                  *
                                                       *
Billy Williams; Early Reynolds; Ross                   *
Distefano; Jonny Trotter; Walter                       *
Kidwell; Randall Dunkin; Clice Hall;                   *
James McGuire; Jeffrey D. Hodges;                      *
Randolph Linville,                                     *
                                                       *
      Plaintiffs,                 *
                                                       *
Shelby Harris; Stanley Paul Smith;                     *
Dan Brown; Thomas A. Benton; Andre                     *
Dial; Richard C. Beaman; Chester Paul                  *
Bridges; Christopher W. Pace; Rolf A.                  *
Rosendahl; Bobby Dean Lewis;                           *
Richard F. Toler; Donald Glenn                         *
Cammann; Willie Wright; Francis                        *
Kamuf; Michael Peterson; James K.                      *
Kinne; Johnny D. Howard; Karl G.                       *
Piper; Shawn Dinwiddie,                                *
                                                       *
      Interested Parties,         *
                                                       *
      v.                          *

|                                          | * |
| ---------------------------------------- | - |
| Dora Schriro; Mike Kemna; George         | * |
| Lombardi; Linda Durham; Bill             | * |
| Burgess; Bill Armontrout; Steve          | * |
| Moore,                                   | * |
|                                          | * |
| Appellees.                               | * |

_____

Submitted: February 7, 2001
Filed: February 16, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

These consolidated appeals stem from a class action proceeding for injunctive relief related to problems created by overcrowding at Western Missouri Correctional Center. The inmates appeal the order of the District Court[1] granting summary judgment to the prison officials. We grant the pending motions to appeal in forma pauperis, and deny the pending motions for appointment of counsel.

Applying the same legal standards as the District Court, we review the grant of summary judgment de novo. Dulany v. Carhahan, 132 F.3d 1234, 1237 (8th Cir. 1997). After carefully reviewing the record and governing precedent, we conclude that

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

the inmates failed to raise sufficient material facts to defeat summary judgment on their claims.  <u>See</u> Fed. R. Civ. P. 56(c).  Accordingly, we affirm the judgment of the District Court.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.